**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAUN REELS LAKOH,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Case No. 2:26-cv-01568** |
| | : | **Judge Douglas R. Cole** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **OLIVIA WILSON, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

Plaintiff Shaun Reels Lakoh, individually and as Trustee of the John McFadden Trust, seeks authorization for the Clerk to issue properly completed summonses and dispatch the summonses and complaint to Defendants Olivia Wilson and Taylor Wilson through Federal Express next-day delivery requiring an actual signed receipt. (ECF No. 5.) Plaintiff also requests issuance of summonses and service upon Defendants by certified mail through the United States Postal Service. (ECF No. 3.)

Federal Rule of Civil Procedure 4(e)(1) provides that service can be effectuated over an individual that resides in a United States Judicial District by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1).

This case was filed in Ohio, and Plaintiff seeks to invoke service by way of certified U.S. mail and also commercial carrier pursuant to Ohio Civil Rules 4.1(A)(1)(a)–(b) and 4.3.

If a party chooses to use Ohio certified mail service under Ohio Civil Rule 4.1(A)(1)(a), then, pursuant to S.D. Ohio Local Rule 4.2(a):

> The attorney of record or the serving party shall address the envelope to the person to be served and shall place a copy of the summons and complaint or other document to be served in the envelope. The attorney of record or the serving party shall also affix to the back of the envelope the domestic return receipt card, PS Form 3811 (the "green card") showing the name of sender as "Clerk, United States District Court, Southern District of Ohio" at the appropriate address, with the certified mail number affixed to the front of the envelope and the case number shown in a conspicuous location on the return receipt card. The instructions to the delivering postal employee shall require the employee to show to whom delivered, date of delivery, and address where delivered. The attorney of record or the serving party shall affix adequate postage to the envelope and deliver it to the Clerk who shall cause it to be mailed.

S.D. Ohio Local Rule 4.2(a).

The local rules are silent on service by way of commercial carrier. Thus, the Court will look to the Ohio Rules. For service by commercial carrier, Ohio Civil Rule 4.1(A)(1)(b) provides that:

> Unless the serving party furnishes written instructions to the clerk that service be made pursuant to Civ.R. 4.1(A)(1)(a), the clerk may make service of any process by a commercial carrier service utilizing any form of delivery requiring a signed receipt. The clerk shall deliver a copy of the process and complaint or other document to be served to a commercial carrier service for delivery at the address set forth in the caption or at the address set forth in written instructions furnished to the clerk, with instructions to the carrier to return a signed receipt showing to whom delivered, date of delivery, and address where delivered.

Ohio Civ. R. 4.1(A)(1)(b).

Upon consideration of Plaintiff's requests, the Court **GRANTS** the motions (ECF Nos. 3, 5) and **INSTRUCTS** the Clerk as follows:

1. The Clerk shall issue the summonses for each individual Defendant;

2. Upon receipt of completed service packets,[1] the Clerk shall serve by certified U.S. mail a copy of the Complaint (ECF No. 1) and summons on each Defendant;

3. Upon receipt of completed service packets, the Clerk is authorized and directed to serve four separate service packages through Federal Express, utilizing the

[1] Plaintiff's counsel has indicated they will be providing the completed service packets to the Clerk's office separately.

four attached prepaid Federal Express mailing labels to Plaintiff's Motion (ECF No. 5); and

4. The Clerk is **DIRECTED** to serve Defendants by certified U.S. mail and Federal Express at the following locations:

    a. Olivia Wilson – 18704 Shremor Dr. Derwood, MD 20855;

    b. Olivia Wilson – c/o ARGENTUM 20 F Street NW, 7th Floor Washington, DC 20001;

    c. Taylor Wilson – 18704 Shremor Dr. Derwood, MD 20855; and

    d. Taylor Wilson – Senior Videography Producer for Marketing & Communications American University Kogod School of Business 4400 Massachusetts Ave. NW Washington, DC 20016.

**IT IS SO ORDERED.**

*\/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**